Edward J. Maney, Trustee  
101 North First Ave., Suite 1775  
Phoenix, Arizona 85003  
Telephone (602) 277-3776  
Fax (602) 277-4103

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In Re: ) | CHAPTER 13 PROCEEDINGS |
| KENNETH ANTHONY RADOS ) | |
| KRISTA ELIZABETH RADOS ) | CASE NO. 2-16-08119-MCW |
| 3449 E. ISAIAH AVE. ) | |
| ) | CHAPTER 13 TRUSTEE'S REPORT |
| GILBERT, AZ 85298 ) | OF ALLOWED CREDITOR CLAIMS |
| _____ ) | |

Notice is hereby given to the Debtor and Counsel, if any, that the Trustee intends to pay the claims as filed by the creditors listed below, or as amended by the Stipulated Order Confirming the debtor's Chapter 13 Plan, unless an objection is made by the Debtor or other party of interest within 30 days from the date of this notice. In the event that additional claims are discovered at a later date, the Trustee may file a Supplemental Notice of Allowed Creditor Claims.

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| JP Morgan Chase<br>PO Box 24696<br>Columbus, OH 43224- | | $23131.46 | 0% | Secured |
| Seville Homeowners Association<br>c/o Carpenter,Hazlewood,Delgado&Wood<br>1400 E. Southern Ave., Ste. 400<br>Tempe, AZ 85282- | 09/07/2016 | $6952.30 | 0% | Secured |
| Office of the Arizona Attorney General<br>Tax, Bankruptcy, & Collection Section<br>1275 West Washington<br>Phoenix, AZ 85007- | 09/07/2016 | $7623.85 | 0% | Priority |
| Office of the Arizona Attorney General<br>Tax, Bankruptcy, & Collection Section<br>1275 West Washington<br>Phoenix, AZ 85007- | 09/07/2016 | $1387.29 | 0% | Unsecured |
| Internal Revenue Services<br>bankruptcy payments<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | 07/21/2016 | $88526.66 | 0% | Priority |
| Internal Revenue Services<br>bankruptcy payments<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | 07/21/2016 | $44710.21 | 0% | Unsecured |
| Compass Bank<br>Attn: Bankruptcy/Recovery<br>P.O. Box 10566<br>Birmingham, AL 35096- | 08/05/2016 | $8580.00 | 0% | Unsecured |
| United Student Aid Funds, Inc.<br>Attn: Bankruptcy/Recovery<br>P.O. Box 6180<br>Indianapolis, IN 46206-6180 | 08/09/2016 | $51413.53 | 0% | Unsecured |

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| Wells Fargo<br>301 E. 58th Street N<br><br>Sioux Falls, SD  57104- | 09/20/2016 | $321.63 | 0% | Unsecured |
| Wells Fargo<br>301 E. 58th Street N<br><br>Sioux Falls, SD  57104- | 09/20/2016 | $4359.05 | 0% | Unsecured |
| Midland Credit Management, Inc.<br>   as agent for Midland Funding LLC<br>   PO Box 2011<br>   Warren, MI  48090- | 10/11/2016 | $1946.00 | 0% | Unsecured |
| Wells Fargo Servicing Center<br>   P.O. Box 94423<br>   MAC Q2132-023<br>   Albuquerque, NM  87199- | 11/01/2016 | $3185.93 | 0% | Unsecured |
| Jefferson Capital Systems LLC<br>   PO BOX 772813<br><br>   Chicago, IL  60677-2813 | 11/15/2016 | $418.92 | 0% | Unsecured |
| Wells Fargo Bank, N.A.<br>   Recovery Department<br>   P.O. Box 9210<br>   Des Moines, IA  50306- | 11/16/2016 | $9841.05 | 0% | Unsecured |
| Ashley Funding Services LLC<br>   Resurgent Capital Service<br>   P.O. Box 10587<br>   Greenville, SC  29603-0587 | 11/16/2016 | $22.14 | 0% | Unsecured |
| Ashley Funding Services LLC<br>   Resurgent Capital Service<br>   P.O. Box 10587<br>   Greenville, SC  29603-0587 | 11/16/2016 | $52.21 | 0% | Unsecured |
| Ashley Funding Services LLC<br>   Resurgent Capital Service<br>   P.O. Box 10587<br>   Greenville, SC  29603-0587 | 11/17/2016 | $66.25 | 0% | Unsecured |
| United Student Aid Funds, Inc.<br>   Attn: Bankruptcy/Recovery<br>   P.O. Box 6180<br>   Indianapolis, IN  46206-6180 | 08/09/2016 | $1649.91 | 0% | Unsecured |
| Spencer's Air Conditioning &<br>   Appliance, Inc<br>   525 W. 21st Street<br>   Tempe, AZ  85282- | | $0.00 | 0% | Unsecured |
| Department Stores National Bank<br>   701 East 60th Street<br><br>   Sioux Falls, SD  57104- | | $0.00 | 0% | Unsecured |
| IC SYSTEMS, INC.<br>   444 HIGHWAY 96 EAST<br>   P.O. BOX 64378<br>   ST PAUL, MN  55164- | | $0.00 | 0% | Unsecured |

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| Midland Credit Management<br>    Attn: Bankruptcy Department<br>    8875 Aero Drive  Suite 200<br>    San Diego, CA  92123-2251 | | $0.00 | 0% | Unsecured |
| Monterey Financial Services<br>    4095 Avenida de la Plata<br>    Oceanside, CA  92056- | | $0.00 | 0% | Unsecured |
| Syncb/Financing<br>    c/o P.O. Box 965036<br>    Orlando, FL  32896-5036 | | $0.00 | 0% | Unsecured |
| OSWALT LAW GROUP<br>    300 W. Clarendon Avenue<br>    Suite #290<br>    Phoenix, AZ  85013- | | $4500.00 | 0% | Legal |

*Edward J. Maney, Esq.* Digitally signed by Edward J. Maney, Esq.
Date: 2017.03.23 09:48:53 -07'00'

Edward J. Maney
101 North First Ave., Suite 1775
Phoenix, Arizona 85003
Telephone (602) 277-3776  Fax (602) 277-4103
Email: office@maney13trustee.com